■ ROBERT RITSCHL, Respondent, v VILLAGE OF HIGHLAND FALLS et al., Appellants. — In an action, *inter alia*, to recover damages for harassment, defendants appeal from an order of the Supreme Court, Orange County (Ferraro, J.), dated January 11, 1982, which denied their motion to vacate plaintiff's notice requesting a bill of particulars. Order affirmed, with $50 costs and disbursements. Defendants shall serve plaintiff with the requested bill of particulars within 20 days after service upon them of a copy of the order to be made hereon, together with notice of entry. Since the record shows that defendants failed to deny that their motion to vacate plaintiff's notice requesting a bill of particulars was untimely or to offer an excuse for its untimeliness,

the court was not required to scrutinize the items sought unless they were palpably improper (see *Coin v Lebenkoff,* 10 AD2d 916), which would require a finding that the items were not only inappropriate for a bill of particulars but were also unreasonably burdensome (see *Helfant v Rappoport,* 14 AD2d 764). We do not find that any of the requested items were palpably improper, and therefore affirm the denial of defendants' motion to vacate plaintiff's notice requesting a bill of particulars. O'Connor, J. P., Brown, Niehoff and Rubin, JJ., concur.